UNITED STATES DISTRICT COURT
Southern District of Florida

CASE NO.:  11-23969-CIV-ZLOCH

**DISABILITY ADVOCATES AND**
**COUNSELING GROUP, INC.,**

       **Plaintiff,**

vs.

**WALGREEN CO.,**
**d//b/a Walgreens,**
**8327 West Flagler Street, Miami, Florida,**
**and 9498 NW 7th Avenue, Miami, Florida,**

       **Defendant.**
_____/

**JOINT NOTICE OF SETTLEMENT, AND MOTION FOR APPROVAL**
**OF SETTLEMENT AGREEMENT AND SUBSEQUENT DISMISSAL OF**
**ACTION WITH PREJUDICE UNDER RULE 41(a)(2), FED.R.CIV.P.**

       Plaintiff, Disability Advocates and Counseling Group, Inc. and Defendant, Walgreen Company, by and through undersigned counsel, hereby file this Joint Notice of Settlement, and Motion for Approval of Settlement Agreement and Dismissal of Action With Prejudice under Rule 41(a)(2), Fed.R.Civ.P., and hereby inform the Court of and request the following:

       1.     This is an action under Title III of the Americans With Disabilities Act, 42 U.S.C. §12181, et seq. ("ADA"), pursuant to which Plaintiff sought, *inter alia*, to compel Defendant, the owner of the retail facilities which are the subject of this action, to modify those facilities to comply with the ADA.

       2.     Plaintiff and Defendant have entered into a Confidential Settlement Agreement regarding this matter.  Pursuant to the Settlement Agreement , the parties jointly move, under Rule 41(a)(2) Fed.R.Civ.P., that this matter be dismissed with prejudice, with the Court first

reviewing and approving the Settlement Agreement, directing the parties to comply therewith, and retaining jurisdiction over this matter for the enforcement of the Settlement Agreement. This joint motion is conditioned on, and shall only be effective upon, the Court reviewing and approving the Settlement Agreement, directing the parties to comply therewith, and retaining jurisdiction over this matter for the enforcement of the Settlement Agreement and the parties' compliance therewith.

WHEREFORE, Plaintiff and Defendant respectfully request the Court to enter the proposed Order submitted simultaneously with this notice based upon the Settlement Agreement entered into herein, a copy of which will be provided to chambers simultaneously herewith for *in camera* review.

| | |
|---|---|
| **LAW OFFICES OF** <br> **WILLIAM NICHOLAS CHAROUHIS & ASSOCIATES, PA** <br> Counsel for Plaintiff | **MEYER MOSER LANG LLP** <br> Counsel for Defendant |
| By:   s / William Nicholas Charouhis <br>       William N. Charouhis, Esq. <br>       Florida Bar No.: 510076 <br>       Suite 1750 • Brickell Bayview Centre <br>       Eighty Southwest Eighth Street <br>       Miami, Florida 33130 <br>       Tel.: 786.279.5707 <br>       Fax : 305.377.8416 <br>       wnc@wnclaw.net | By:   s / Chad K. Lang <br>       Chad K. Lang, Esq <br>       Florida Bar No.: 0156922 <br>       2525 Ponce de Leon Blvd. <br>       Suite 1080 <br>       Coral Gables, Florida 33134 <br>       Tel.: 305.423.0600 <br>       Fax.: 305.423.0599 <br>       clang@meyerwhite.com |
| Dated:  August 9, 2012 | Dated:  August 9, 2012 |

W:\Casefile\!M\ADA\ss\AGREED.ORD\Zloch\Walgreen [7675.1][Jt Not Settle][2][06-07-2012][wnc][no exh].wpd