UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-23969-CIV-ZLOCH

DISABILITY ADVOCATES AND
COUNSELING GROUP, INC.,

    Plaintiff,

vs.

**FINAL ORDER OF DISMISSAL**

WALGREEN CO., d/b/a Walgreens,
8327 West Flagler Street,
Miami, Florida, and 9498 NW
7th Avenue, Miami, Florida

    Defendant.

_____/

    THIS MATTER is before the Court upon the Joint Notice Of Settlement, And Motion For Approval Of Settlement Agreement And Subsequent Dismissal Of Action With Prejudice (DE 18) filed herein by all Parties.  The Court has carefully reviewed said Motion, the Parties' Settlement Agreement *in camera*, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Motion For Approval Of Settlement Agreement And Subsequent Dismissal Of Action With Prejudice (DE 18) filed herein by all Parties be and the same is hereby **GRANTED**;

    2. The Parties' Settlement Agreement, having been reviewed by the Court *in camera*, be and the same is hereby approved, adopted and ratified by the Court;

     3. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

     4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot; and

     5. The Court will retain jurisdiction over the above-styled cause solely for the purpose of enforcing the Parties' Settlement Agreement.

     **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___13th___ day of August, 2012.

 

                                             */s/ William J. Zloch*
                                             WILLIAM J. ZLOCH
                                             United States District Judge

Copies furnished:

All Counsel of Record